UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; ACLU OF MASSACHUSETTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 1:12-cv-11776 (LTS) |

**JOINT STATUS REPORT**

Plaintiffs instituted this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to obtain records from various components of the United States Department of Justice and the Department of Homeland Security (collectively, the "Government") regarding the Government's use and funding of automated license plate readers ("ALPRs"). In compliance with this Court's Order dated June 30, 2014 the parties submit this joint status report. For the reasons that follow, the parties propose to submit another status report on November 3, 2014.

As described in the parties' prior status reports, the parties agreed on a schedule according to which the Government will review records gathered in response to plaintiffs' FOIA request and produce responsive records to plaintiffs. Once each component finishes production, plaintiffs will assess whether there is anything left to litigate as to that component.

The current status of production and processing is reflected in the following chart:

| AGENCY | EST. NO. OF PAGES TO BE REVIEWED | EST. COMPLETION AND/OR PRODUCTION DATE | STATUS OF PRODUCTION |
|---|---|---|---|
| **ICE** | 1,500 to 2,000 pages | October 31, 2013 | Complete |
| **TSA** | 200 pages | September 30, 2013 | Complete |
| **ATF** | 100 pages | Search and review done by March 2013, production to follow | Complete |
| **FBI** | 5,000 pages | Review 500-600 docs per month, beginning in March 2013, with production completed by December 31, 2013 | Complete |
| **USMS** | 200 pages | May 2013 | Complete |
| **CBP** | Undetermined | December 31, 2013 | Complete |
| **DEA** | Undetermined | Will review approx. 500-800 records per month, with production of responsive documents completed by April 2015 | Rolling production ongoing |

All components except for DEA have now completed production. As stated in the parties' prior status reports, there is nothing left to litigate as to ICE, TSA, ATF, USMS and FBI.

On July 28, 2014, CBP sent a letter to the ACLU addressing Part 2 of its request regarding the procurement of ALPR technology. CBP is finalizing a second letter to the ACLU addressing the remaining requests that the ACLU wants reprocessed. CBP also intends to make an additional release. CBP anticipates sending both the second letter and the additional release by October 27. Due to a number of factors, including the need for coordination among various

2

individuals both within and outside CBP, Defendants respectfully request that they be permitted to address the two issues in the Court's July 29, 2014 Electronic Order in the next status report, which the parties propose to file on November 3.

The parties propose to submit another joint status report on November 3, 2014. The parties will be in a better position to offer a specific proposal for structuring further litigation, if any, at that point.

Respectfully Submitted,

| | |
|---|---|
| /s/ *Nathan Freed Wessler* | /s/ *Jennifer A. Serafyn* |
| NATHAN FREED WESSLER | JENNIFER A. SERAFYN |
| nwessler@aclu.org | Jennifer.Serafyn@usdoj.gov |
| (Admitted Pro Hac Vice) | Assistant U.S. Attorney |
| Speech, Privacy and Technology Project | United States Attorney's Office |
| American Civil Liberties Union Foundation | John Joseph Moakley U.S. Courthouse |
| 125 Broad St., 18th Floor | 1 Courthouse Way, Suite 9200 |
| New York, New York 10004 | Boston, MA 02210 |
| (212) 549-2500 | (617) 748-3100 |

Dated: Sept. 30, 2014

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via First Class Mail.

/s/ *Jennifer A. Serafyn*
Jennifer A. Serafyn

Dated: Sept. 30, 2014