UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:12-cv-11776-LTS

AMERICAN CIVIL LIBERTIES
UNION OF MASSACHUSETTS
*Plaintiff,*

v.

DEPARTMENT OF JUSTICE, ET.AL.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

    In accordance with the Stipulation of Dismissal (Docket No. 78) filed by the parties on August 10, 2015, this case is hereby dismissed with prejudice and closed.

SO ORDERED.

                        /s/ Leo T. Sorokin
                        UNITED STATES DISTRICT COURT

August 11, 2015